No. 10–10576.  IN RE WHERRY.  Petition for writ of mandamus and/or prohibition denied.

No. 10–218.  PPL MONTANA, LLC v. MONTANA.  Sup. Ct. Mont.  Motion of David Emmons et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted limited to Question 1 presented by the petition.

No. 10–708.  FIRST AMERICAN FINANCIAL CORP., SUCCESSOR IN INTEREST TO FIRST AMERICAN CORP., ET AL. v. EDWARDS.  C. A. 9th Cir.  Certiorari granted limited to Question 2 presented by the petition.

No. 10–1024.  FEDERAL AVIATION ADMINISTRATION ET AL. v. COOPER.  C. A. 9th Cir.  Certiorari granted.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1150.  MAYO COLLABORATIVE SERVICES, DBA MAYO MEDICAL LABORATORIES, ET AL. v. PROMETHEUS LABORATORIES, INC.  C. A. Fed. Cir.  Certiorari granted.

No. 09–10868.  HARRIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–109.  DISMUKE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–314.  WELCH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–426.  APPLERA CORP. ET AL. v. ENZO BIOCHEM, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 10–535.  RH CAPITAL ASSOCIATES LLC ET AL. v. MAYER BROWN LLP ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–717.  MICCOSUKEE TRIBE OF INDIANS OF FLORIDA v. KRAUS-ANDERSON CONSTRUCTION CO.  C. A. 11th Cir.  Certiorari denied.